**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANNIE M. GONZÁLEZ-CRUZ,<br><br>**Petitioner,**<br><br>**v.**<br><br>NATALIA FIGUEROA, *et al.*,<br><br>**Respondents.** | **Civil No.** 26-1404 (FAB) |

**JUDGMENT**

In accordance with the order entered today (Docket No. 7), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 26, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE